# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID PRESTON PARDUE**                                              **PETITIONER**

**V.**                              **NO: 5:06CV00184**

**LARRY NORRIS, Director Arkansas**
**Department of Correction**                                          **RESPONDENT**

## ORDER

Pending is Petitioner's objection to the Magistrate Judge's Order of July 11, 2007 which the Court will construe as a motion appealing from the order dated July 11, 2007.  (Docket # 27).  The Court has reviewed the pleadings and finds the opinion of Magistrate Judge J. Thomas Ray well reasoned and the Court agrees with Judge Ray's findings and conclusions.  There is ample evidence in the record to support the ruling and the Order will remain in effect.

IT IS SO ORDERED this 1st day of August, 2007.

_____
James M. Moody
United States District Judge