IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID PRESTON PARDUE
ADC #93335                                                                                                    PETITIONER

VS.                                              5:06CV00184 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition and Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entries #2 and #33) are DENIED, and that this case is DISMISSED, WITH PREJUDICE.

Dated this 6th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE