## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID PRESTON PARDUE
ADC #93335                                                                                           PETITIONER

VS.                                       5:06CV00184 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition and Amended Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entries #2 and #33), are DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 6th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE